UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV19-00136 JAK (SHKx) | Date | March 20, 2019 |
| Title | Theresa Brooke v. RPCWG Miramonte Owner, LLC | | |

---

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION (DKT. 11)** JS-6

On February 18, 2019, Defendant filed a Stipulation seeking an extension of time to respond to the Complaint (Dkt. 9) (the "Stipulation"). The Stipulation was granted the next day, which continued the deadline by which Defendant was to respond from February 18, 2019 to March 4, 2019. *Id.* Because a response to the Complaint was not filed, an Order to Show Cause re Dismissal was filed on March 12, 2019 ordering Plaintiff either to: (i) respond in writing no later than March 19, 2019 as to why the matter should not be dismissed for lack of prosecution; or (ii) file an application for the entry of default as to Defendant RPCWG Miramonte Owner, LLC. There has been no response filed to the Complaint or the Order to Show Cause, nor has an application been filed as to Defendant. Therefore, the Court orders this case **DISMISSED** for lack of prosecution and failure to follow the Court's Order.

**IT IS SO ORDERED.**

: 

Initials of Preparer    ak